94–1059.  Glatz v. Dublin Securities, Inc.  *Erie County,* No. E–92–14.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., and PFEIFER, J., dissent.